FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com

LEON COSGROVE, LLC
Tiffany L. Anderson, Esq.
Florida State Bar No. 083995
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Telephone: (305) 740-1987
Email: tanderson@leoncosgrove.com
*Will Comply with LR IA 11-2 within 14 days.*

*Attorneys for Defendant, Michaels Stores, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | Case No.: 2:17-cv-00535-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | **(First Request)** |
| MICHAELS STORES, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including May 19, 2017 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 10) on file herein. Local defense counsel has just been retained. This is the first request made to the

- 1 -

FPDOCS 32885005.1

Court for an extension of time to respond to the Complaint.

| | |
|---|---|
| THE WILCHER FIRM | FISHER & PHILLIPS LLP |
| By: /s/ Whitney C. Wilcher, Esq.<br>8465 W. Sahara Ave.<br>Suite 111-236<br>Las Vegas, Nevada 89117<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

Dated: 5/15/2017