Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br>v.<br><br>Michaels Stores, Inc,<br><br>Defendant, | Civil Action No: 17-cv-00535-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kevin Zimmerman and Defendant, Michaels Stores, Inc, hereby stipulate that the above-entitled Action be dismissed with prejudice.

/ / /

/ / /

**RESPECTFULLY** submitted this 31st day of July, 2017.

*/s/ Whitney C. Wilcher*  /s/ Scott M. Mahoney
Whitney C. Wilcher, Esq.  Scott M. Mahoney
THE WILCHER FIRM  Fisher & Phillips, LLP
Nevada State Bar No. 7212  300 S Fourth Street, Suite 1500
8465 West Sahara Avenue  Las Vegas, NV 89101
Suite 111-236  Tele: (702) 252-3131
Las Vegas, NV 89117  Email: smahoney@fisherphillips.com
(702) 466-1959  *Attorney for Defendant*
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## **ORDER**

IT IS HEREBY ORDERED, dismissing this Action with prejudice.

DATED                       August  3 , 2017

                            BY THE COURT:

                            _____
                            UNITED STATES DISTRICT COURT JUDGE

2